No. 6,273.—STATE ex rel. L. A. FOOT, Attorney General,
Relator, v. DISTRICT COURT et al., Respondents.

Original application for Writ of Mandate addressed to the
District Court of the Fourth Judicial District, in and for the
County of Ravalli, and James M. Self, a Judge thereof, to
compel respondents to refrain from hearing an application to
vacate the judgment of conviction in a case entitled *The State
of Montana* v. *Clarence Cates.*

Decided January 14, 1928.

PER CURIAM.—Relator's application for alternative writ
of mandate herein is denied.   (MR. JUSTICE MYERS dissenting.)

*L. A. Foot,* Attorney General, *pro se.*

No. 6,294.—STATE ex rel. CHARLES STEPHENS, Relator,
v. DISTRICT COURT et al., Respondents.

Original application for Writ of Supervisory Control directed
to the District Court of the Twelfth Judicial District, in and
for the County of Chouteau, and Charles S. Hartman, Judge
thereof.

Decided February 17, 1928.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Messrs. Murch & Wuerthner,* for Relator.